

570 Lexington Ave., Suite 3500
New York, NY 10022

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated:  September 8, 2022

September 6, 2022

<u>VIA ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Gulkarov, et al.* **(Deft. Robert Wisnicki), 22 Cr. 020 (PGG)**

Dear Judge Gardephe:

  We represent Defendant Robert Wisnicki.  We respectfully submit this letter to request a modification of the conditions of Mr. Wisnicki's release on bail.  The Government consents to this request and Pretrial Services has no objection to it.

  We respectfully ask the Court to permit Mr. Wisnicki to travel to Los Angeles, CA from October 6 - 17, so that he may observe the Jewish holiday of Sukkos with his father, who is also a co-signor on his bond.

            Respectfully submitted,

              /s/ Kenneth A. Caruso
            Kenneth A. Caruso

cc: AUSA Louis Pellegrino
   AUSA Mathew Andrews
   Pretrial Services Officer Robert Stehle (via e-mail)