

570 Lexington Avenue, Suite 3500
New York, NY 10022

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

February 16, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Gulkarov, et al.* **(Deft. Robert Wisnicki), 22 Cr. 020 (PGG)**

Dear Judge Gardephe:

      We represent Defendant Robert Wisnicki.  We submit this letter to request a modification of the conditions of Mr. Wisnicki's release on bail.  The Government consents to this request and Pretrial Services has no objection to it.

      We respectfully ask the Court to permit Mr. Wisnicki to travel with his family to Los Angeles, California from April 3-10, 2023 to observe the Passover holiday.

                                                                   Respectfully submitted,

                                                                    /s/ Kenneth A. Caruso
                                                                 Kenneth A. Caruso

cc:    AUSA Louis Pellegrino
         AUSA Mathew Andrews
         Pretrial Services Officer Robert Stehle (via email)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated:  February 21, 2023