

570 Lexington Avenue, Suite 3500
New York, NY 10022

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

April 18, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Gulkarov, et al.* **(Deft. Robert Wisnicki), 22 Cr. 020 (PGG)**

Dear Judge Gardephe:

    We represent Defendant Robert Wisnicki. We submit this letter to request a modification of the conditions of Mr. Wisnicki's release on bail. The Government consents to this request and Pretrial Services has no objection to it.

    We respectfully ask the Court to permit Mr. Wisnicki to travel with his son to Minnesota from May 2-5, 2023, to attend a school interview for his son.

    Respectfully submitted,

    /s/ Kenneth A. Caruso
    Kenneth A. Caruso

cc:    AUSA Louis Pellegrino
       AUSA Mathew Andrews
       Pretrial Services Officer Robert Stehle (via email)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: April 20, 2023