# MUKASEY
# FRENCHMAN℠

570 Lexington Avenue, Suite 3500
New York, NY 10022

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

August 14, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **EMERGENCY TRAVEL REQUEST**
              ***United States v. Gulkarov, et al.*** **(Deft. Robert Wisnicki), 22 Cr. 020 (PGG)**

Dear Judge Gardephe:

    We represent Defendant Robert Wisnicki.  We submit this letter to request a modification of the conditions of Mr. Wisnicki's release on bail.

    Mr. Wisnicki's grandmother died in Los Angeles, California.  We respectfully ask the Court to permit Mr. Wisnicki to travel there today, or as soon as he can leave New York, returning to New York on August 17, 2023.  The purpose of the travel is to attend the funeral and related family events.

    AUSA Allison and Pretrial Services consent to this request.

                Respectfully submitted,

                /s/ Kenneth A. Caruso
                Kenneth A. Caruso

cc:    AUSA Mathew Andrews
       AUSA Ryan Allison
       Pretrial Services Officer Robert Stehle (via email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: _August 14, 2023_