

570 Lexington Avenue, Suite 3500
New York, NY 10022

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

September 8, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Gulkarov, et al.* **(Deft. Robert Wisnicki), 22 Cr. 020 (PGG)**

Dear Judge Gardephe:

    We represent Defendant Robert Wisnicki.  We submit this letter to request a modification of the conditions of Mr. Wisnicki's release on bail.  The Government and Pretrial Services consent to this request.

    We respectfully ask the Court to permit Mr. Wisnicki to travel to the home of his parents in Los Angeles, CA, from September 27-October 6, 2023.  The purpose of the travel is to observe/celebrate the Sukkot holiday.

                            Respectfully submitted,

                             /s/ Kenneth A. Caruso
                            Kenneth A. Caruso

cc:    AUSA Mathew Andrews
       Pretrial Services (via email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 14, 2023