

570 Lexington Avenue, Suite 3500
New York, NY 10022

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

November 22, 2023

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re:   United States v. Wisnicki, 22-cr-020-PGG-4

Dear Judge Gardephe:

   We represent defendant Robert Wisnicki, who is scheduled for sentencing on January 12, 2024.  We write to request an adjournment of the sentencing, to the week of February 12, 2024.  We would greatly appreciate the additional time, which would facilitate the preparation of our sentencing submissions and arguments.

   The government has no opposition to this request.

                    Respectfully submitted,

                     /s/ Kenneth A. Caruso
                    Kenneth A. Caruso

                    *Counsel for Defendant Robert Wisnicki*

Cc:   All counsel (via ECF)

              SO ORDERED.

              _____
              Paul G. Gardephe
              United States District Judge

              Date: December 1, 2023