UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT WISNICKI,

              Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of the Defendant is adjourned from January 12, 2024 to **February 15, 2024 at 2:00 p.m**. Any submissions on behalf of the Defendant are due on **February 1, 2024**, and the Government's sentencing submission is due on **February 8, 2024**.

Dated: New York, New York
       December 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge