# EXHIBIT A

| Letters in Support of Robert (Dovi) Wisnicki's Sentencing Memorandum ||
|---|---|
| **Number** | **Family and Friends** |
| 1 | Chananya Abraham |
| 2 | Tzipora Abraham |
| 3 | Nosson T. Abrams |
| 4 | David Alishaev |
| 5 | Isaac Aryeh |
| 6 | Joshua Ashman |
| 7 | Duvi Augenstein |
| 8 | Yaakov Augenstein |
| 9 | Natalie and Yitzi Basch |
| 10 | Rabbi Boruch B. Bender |
| 11 | Joel Bess |
| 12 | Rabbi Gershon Bess |
| 13 | Barry Breskin |
| 14 | Rabbi Bentzion Chait |
| 15 | Marc Chopp |
| 16 | Bertram A. Cohen |
| 17 | David Coronel |
| 18 | Benjamin Davidman |
| 19 | Akiva Diamond |
| 20 | Carolyn Diamond |
| 21 | Eli Diamond |
| 22 | Ezriel Diamond |
| 23 | Mark Diamond |
| 24 | Nava Diamond |
| 25 | Rabbi Yakov Dinovitz |
| 26 | Avi Neil Dubin |
| 27 | Carl and Carolyn Edelstein |
| 28 | Daniel Edelstein |
| 29 | Michael Edelstein |
| 30 | Shira Edelstein |
| 31 | Steve and Rochelle Edelstein |
| 32 | Paul Farkas |
| 33 | Eytan Feldman |
| 34 | David and Deborah Fox |
| 35 | Marcus Fox |

# EXHIBIT A

| Letters in Support of Robert (Dovi) Wisnicki's Sentencing Memorandum ||
|---|---|
| **Number** | **Family and Friends** |
| 36 | Rabbit Yitzchok D. Frankel |
| 37 | Eli Frei |
| 38 | Ronen Fuksbrumer |
| 39 | Jay Gelman |
| 40 | Rabbi Yirmiyahu Ginsberg |
| 41 | Aaron Gittleson |
| 42 | Rabbi Shlomo Goldberg |
| 43 | Hillel Goldman |
| 44 | Chaim Goldsmith |
| 45 | Adam Goller |
| 46 | Rabbi Yaakov Hillel Goodman |
| 47 | Reuven Gradon |
| 48 | Aaron Greenblott |
| 49 | Sol Greenspan |
| 50 | Doni Greenwald |
| 51 | Rachelle Gruen |
| 52 | Elliot Gulkowitz |
| 53 | Sidney Gurman |
| 54 | Steve Hackel |
| 55 | Charlie Harary |
| 56 | Jacob E. Harman |
| 57 | Chaim Howard Hershkovich |
| 58 | Yaakov Herskovits |
| 59 | Yitzi Jay Horowitz |
| 60 | Rabbi Reuben Ibragimov |
| 61 | Mark Ingber |
| 62 | Sara Ingber |
| 63 | Avi Jotkowitz |
| 64 | David Jungreis |
| 65 | Michael Kandhorov |
| 66 | Rabbi Ahron Kaufman |
| 67 | Levi Kirshner |
| 68 | Dr. Daniel Klein |
| 69 | Yehuda Klinkowitz |
| 70 | Barry Kohn |

# EXHIBIT A

| Letters in Support of Robert (Dovi) Wisnicki's Sentencing Memorandum ||
|---|---|
| **Number** | **Family and Friends** |
| 71 | Alan J. Langer |
| 72 | David Lawrence |
| 73 | Irving S. Lebovics |
| 74 | Joshua Lebovics |
| 75 | Shirley Lebovics |
| 76 | Rabbi Yoni Levin |
| 77 | Marc N. Lieberman |
| 78 | Rabbi Aaron Litenatsky |
| 79 | Irwin Noah Lowi |
| 80 | Edward Lowy |
| 81 | Elliot Lowy |
| 82 | Eitan Magendzo |
| 83 | J. Ari Majer |
| 84 | Abba Zev Mandel |
| 85 | Nechama Mandel |
| 86 | Joseph Manela |
| 87 | Steven Mann |
| 88 | Leslie Steven Marks |
| 89 | Rabbi Meyer H. May |
| 90 | Danny Mergi |
| 91 | Yisroel Merkin |
| 92 | Don and Tamar Miller |
| 93 | Rabbi Mordechai Miller |
| 94 | Steven Miller |
| 95 | Batsheva and Steven Neuman |
| 96 | Mark Neuman |
| 97 | Rabbi Avi Oberlander |
| 98 | Rabbi Dov Osina |
| 99 | Yoni Paritzky |
| 100 | Rabbi Michael and Renee Parnes |
| 101 | Mordechai Pollak |
| 102 | Gavriel Ralbag |
| 103 | Rabbi Aryeh Reiss |
| 104 | Shlomo Resnik |
| 105 | Zali Ritholtz |

# EXHIBIT A

| Letters in Support of Robert (Dovi) Wisnicki's Sentencing Memorandum | |
|---|---|
| **Number** | **Family and Friends** |
| 106 | Mendy Rosenberg |
| 107 | Nethaniel Rosenberg |
| 108 | Shira Rosenberg |
| 109 | Simeon E. Rosenberg |
| 110 | Benjamin and Aviva Rosenstock |
| 111 | Martin Abraham Rosenstock |
| 112 | Paul Rosenstock |
| 113 | Aaron Rosenthal |
| 114 | Terrel Ross |
| 115 | Benjamin Roz |
| 116 | Richard Roz |
| 117 | Bencion Rubin |
| 118 | Elliot J. Rubin |
| 119 | Sol Rubin |
| 120 | Hymi (Chaim) and Gail Schatter |
| 121 | Yaakov Schnur |
| 122 | Adam Schreck |
| 123 | Yechezkel Schuck |
| 124 | Kenneth Schuckman |
| 125 | Alex Shulman |
| 126 | Gary Silber |
| 127 | Jeffrey Silber |
| 128 | Pearl Silber |
| 129 | Rabbi Dov Silver |
| 130 | David Simai |
| 131 | Yosef Sinensky |
| 132 | Seth Sklar |
| 133 | Rachel Snyder |
| 134 | Mordecai Solomon |
| 135 | Joshua Soroka |
| 136 | Steve and Lorraine Spira |
| 137 | Chaim Stanieski |
| 138 | Pearl Stendig |
| 139 | Aliza Stern |
| 140 | Jeffrey Stern |

# EXHIBIT A

| Letters in Support of Robert (Dovi) Wisnicki's Sentencing Memorandum ||
|---|---|
| **Number** | **Family and Friends** |
| 141 | Gene Stevens |
| 142 | Frederick Warren Strasser |
| 143 | Fredric M. Sugarman |
| 144 | Michael Tabbouche |
| 145 | Jonathan Taub |
| 146 | Rabbi Hershy Z. Ten |
| 147 | Binyamin Tepfer |
| 148 | Boaz Topol |
| 149 | Nina Tropper |
| 150 | Aron D. Turner |
| 151 | Jack Warshavchick |
| 152 | Asher Weinberger |
| 153 | Moshe Weinberger |
| 154 | Simchie and Suri Weingot |
| 155 | Seth Shalom Yona Weis |
| 156 | Jeffrey E. Weiss |
| 157 | Mitchell Weiss |
| 158 | Benzion Westreich |
| 159 | Daniel S. Westreich |
| 160 | Elie S. Westreich |
| 161 | Jonathan M. Westreich |
| 162 | Erik J. Wiesel |
| 163 | Daniel Wisnicki |
| 164 | David Wisnicki |
| 165 | Harriet and Norman Wisnicki |
| 166 | Leora Wisnicki |
| 167 | Miryam Wisnicki |
| 168 | Rabbi Joseph Wisnicki |
| 169 | Yonina Wisnicki |
| 170 | Sholom Wohlgelernter |
| 171 | Mendel Yudin |
| 172 | Elliot Zemel |
| 173 | Rabbi Joshua Zern |

# EXHIBIT A

| Letters in Support of Robert (Dovi) Wisnicki's Sentencing Memorandum ||
|---|---|
| **Number** | **Organization** |
| 174 | The Aleph Institute / Rabbi Yossi Bryski |