The Honorable Judge Paul G. Gardephe
United States Courthouse
40 Foley Square
NY NY 10007

Dear Judge Gardephe,

I am writing to respectfully request leniency for my dear friend, Robert Wisnicki, who is currently facing legal proceedings in your court under.  I understand the gravity of the situation and the need for justice, but I believe that Robert Wisnicki is genuinely remorseful for their actions and is committed to making amends.

I am the president of the Synagogue that Robert and his family have attended for over fifteen years.  I have known him for almost ten years, and he has always drawn people in with his warm smile and engaging personality.  Robert is a person of good character, known for their kindness and integrity within our community. He has demonstrated a sincere willingness to address the consequences of his actions and has taken proactive steps towards personal growth and rehabilitation.

I kindly ask for your consideration of Robert Wisnicki 's past contributions to society and the positive impact he has had on the lives of those around him. Imposing a more lenient sentence would not only serve as an opportunity for Robert to rectify his mistakes but also allow him to continue contributing positively to our community.

I genuinely believe in Robert's potential for rehabilitation, and I am hopeful that your wisdom and compassion will be reflected in your sentencing decision. Thank you for your time and consideration.

Respectfully ,

Chaim Howard Hershkovich

Ex. A-57