The Honorable Judge Paul G. Gardephe

United States Courthouse, 40 Foley Square

New York, NY 10007

Dear Judge Gardephe,

    I have no doubt, in your capacity as a judge, you are forced to make countless decisions that affect the lives of numerous people. I imagine that while your stated job is to interpret and help enforce the law, the effects of your decisions on the people being adjudicated can be less black and white than the actual law itself. To that end, I am writing in regard to a longtime friend, Robert Wisnicki, who has an upcoming sentencing. I would like to provide some context for Robert, and what he means to me, his family, and the community at large.

    I have known Robert for close to forty years, having grown up with him in Los Angeles. We both migrated to New York at roughly the same time and somehow ended up living within a few miles of each other on Long Island. We have children the same age, and I had the pleasure of coaching his son's high school basketball team last year. Robert is the type of dad who comes early to every one of his son's games, never complains about playing time, and genuinely discusses with the coach, what can be done to improve both the team and his son's individual play. To say I wish every parent would be as helpful as Robert would be an understatement.

    This spirit of cooperation is not limited to his son's extracurricular sports but is really a current that runs through Robert's entire personal life. In the forty years I have known him, I cannot point to a single negative experience. He is the type of guy who always has a kind word to say, always offers a helping hand, and always is there when you need a pick-me-up. His impending sentencing is a devastating blow to him and all that know him.

    I fully understand that nothing I am stating is a defense for any crime that was committed. But I am sure, when sentencing, you want a picture of the entire human involved as well as all of the stakeholders. I know Robert feels remorse for what he has done and has communicated a fervent commitment to never putting himself in that position again. He is a tremendously positive force as a father, spouse, and community member. To whatever extent possible he can be allowed to function in those capacities as quickly as possible, we will all be better off. To that end, I humbly request you grant Robert whatever leniency is available to you in this situation.

Respectfully,

Edward Lowy

**Ex. A-80**