# LOWY & COMPANY

141 Washington Ave, Suite 101
Lawrence, NY 11559
Phone: (646) 960-8001
Fax: (332) 206-5001

Dear Judge Gardephe

    I recently heard of the guilty verdict that Robert (Dovi) Wisnicki received and immediately called Dovi and his dad to ask how I can assist him in any way. Pardon me for referring to Robert as Dovi. It was his name we called him growing up and can't stop thinking about his childhood.

    Dovi was always a quiet, easy going child. He never got into trouble, never raised his voice and always had a smile on his face. He was well respected among our peers when we grew up in LA and was always there to lend a hand whenever anyone was in need. Even on the basketball court I vividly remember him helping out a kid who had a tough day. Both Dovi and I ended up getting married and moving out east to the Five Towns in Long Island, NY. Dovi became a respected member of the Cedarhurst community together with his wife Yonina.

    Over the years I have always noticed that there wasn't a PTA that I he didn't attend. He is a family man who takes interest in his kids. In our community, most fathers do not even attend PTA. Dovi would always attend, taking an interest in the growth of his children. He is a loving, caring and role model father at home.

    Recently, when his oldest son got engaged, I talked with Dovi and Yonina about preparations for the engagement and upcoming wedding. Their only care was that their future daughter in law felt loved, special and a part of the family. Dovi's father is a pillar of the Jewish Community in LA and his uncle, Dr. Diamond is a pillar and pioneer of the Five Towns Community here in Long Island. Warmth and care for friends and family is in his blood and he is really beloved by all in town. I request the Honorable Judge to take Dovi's amazing character into account when sentencing him. His remorse is great as his family is suffering financially and emotionally. Risk of recurrence is minimal. Dovi never changed since he was a child and and still remains one of my role models. Any mistakes along the way are regrettable but not indicative of his personality or soul.

    Respectfully,

    Elliot Lowy

**Ex. A-81**