**Simeon E. Rosenberg, Esq**

**Waterbury, CT 06705**

December 21, 2023

The Honorable Judge Paul G. Gardephe
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

My name is Simeon Rosenberg, and I am writing to ask for your leniency is the sentencing of my brother-in-law, Robert Wisnicki.

I have been married to Robert's sister-in-law since 2004, and have had the privilege of witnessing Robert's unwavering devotion to his family and community. Despite the 90-minute distance between where we live, we have maintained a close relationship, and I love spending good, quality time with Robert and his family.

My immediate family, my wife Shira (Robert's sister-in-law) and our seven beautiful children, have had the pleasure of knowing Robert as a caring and devoted husband, father and uncle. Our time spent with him is always full of kindness and generosity. I have come to admire Robert not only as a family member but also as a friend and mentor.

While I do not have specific details about the charges against Robert, I am certain that the circumstances leading to this situation were complex. Knowing Robert so well, I can only assume it was a brief lapse in judgment, rather than a reflection of his character, which has otherwise always been one of kindness and generosity.

Robert's commitment to self-improvement is seen in his regular study of the Talmud and always sharing meaningful thoughts at our family meals. This introspective quality is a testament to his willingness to learn from his experiences, and I believe it speaks to the potential for rehabilitation.

I am aware of the public nature of the charges and the toll it has taken on Robert, his wife, and his children. I beg you to take into account the potential harm that incarceration, especially during this crucial stage in his children's lives, could inflict on them. Robert is not only a good man but also a dedicated family man who cherishes his role as a father.

In conclusion, I respectfully appeal for leniency in Robert's sentencing. I believe a measured and thoughtful approach to his punishment, one that allows him to make amends for his actions while remaining present in his children's lives, would serve the interests of justice and compassion.

Thank you for your time and consideration.

Respectfully,

*[signature]*

Simeon E. Rosenberg, Esq

Ex. A-109