Dear Judge Gardephe,

I am writing to you today regarding the unfortunate situation Mr. Robert Wisnicki, better known to me and my family as Dovi, is in.

I am 70 years old. I have been married to my wife Gail for over 47 years. We are blessed with 8 children. Our children are all married and we are grandparents to many grandchildren thank G-D.

In my life I have an accounting degree from Brooklyn College. For 20 years I owned a jewelry manufacturing company and for over 35 years I owned and managed real estate. I believe I am known to be in my personal affairs and business relationships as honest and trustworthy.

My wife Gail and Harriet, Robert's mother are cousins.  As a result, my wife and my children have known Robert his entire life. In addition, we feel very close to Robert's wife and their very special children.

I can't deny our disappointment that Robert's recent behavior has resulted in the crime he has confessed to. The Robert we know is the one that is soft spoken, friendly, quick to help those in need and first to lead communal initiatives. The same genuine smile and friendship he exhibited as child growing up, is the same genuine smile I have seen throughout his adult life until this very day.

Since I have known Robert his entire life, I still have difficulty understanding how this criminal behavior matches the personality and morals of the Robert I know.

I request Your Honor to consider that what has occurred is an aberration. A misjudgment on Roberts part that somehow got compounded and escalated and could not be rectified.

I am certain when deciding the consequences of a crime, Your Honor wants to prescribe what will result in the most impactful rehabilitation of the perpetrator so it will never reoccur.

I would submit to Your Honor, to consider the impact of Robert's absence from the home on the family he is raising at a very important time for young and adolescent children to have a father present.

Atonement is a concept that allows us all to make amends and continue our lives. The method of atonement as outlined by Maimonides is asking for forgiveness, commit to making restitution and resolve that this will never happen again. It is my belief that Robert has recognized his errors and has begun his journey on that path.

I am certain that Your Honor takes much into consideration before deciding the appropriate punishment and I request to consider my thoughts that will allow Robert to timely resume his life, satisfy his undertakings, take care of his family and try to rebuild his standing in the social and business worlds.

I believe that ultimately Your Honor will be satisfied His honor made the right decision.


Respectfully,

Hymi (Chaim) and Gail Schattner

Ex. A-120