UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT WISNICKI,

               Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Robert Wisnicki and the Government are directed to make a submission by **February 12, 2024** addressing whether an adjustment for abuse of a position of trust or use of a special skill pursuant to §3B1.3 of the United States Sentencing Guidelines is appropriate under the circumstances of this case.

Dated: February 8, 2024
       New York, New York

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge