UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT WISNICKI,

                Defendant.

**ORDER**

22 Cr. 20 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to produce to the Court forthwith a copy of the transcript reflecting Defendant Robert Wisnicki's testimony before the Grand Jury in this matter.

Dated: February 10, 2024
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge