

570 Lexington Avenue, Suite 3500
New York, NY 10022

Marc L. Mukasey
Partner
212-466-6406
Marc.mukasey@mukaseylaw.com

February 16, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *United States v. Gulkarov, et al. (Deft. Robert Wisnicki)*
               **22 Cr. 020 (PGG)**

Dear Judge Gardephe:

    No recommendation is sought from the Court concerning the possible application of any forfeited funds to the restitution obligation in this case. Any such request by the defendant will be directed to the Department of Justice. I have so advised the Government.

    Accordingly, the parties agree that judgment may be entered forthwith in this matter.

                                            Respectfully submitted,

                                            /s/ Marc L. Mukasey
                                            Marc L. Mukasey

cc: AUSA Mathew Andrews