

570 Lexington Avenue, Suite 3500
New York, NY 10022

Michael F. Westfal
Senior Associate
212-466-6404
michael.westfal@mukaseylaw.com

February 22, 2024

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

>    Re:    **TRAVEL REQUEST**
>           ***United States v. Robert Wisnicki*, 22-cr-020-PGG-4**

Dear Judge Gardephe:

    We represent Defendant Robert Wisnicki.  We submit this letter to request a modification of the conditions of Mr. Wisnicki's release on bail.  As a reminder, Mr. Wisnicki's surrender date is May 15, 2024, per the Court's judgment filed on February 16, 2024 (ECF No. 425).

    We respectfully ask the Court to permit Mr. Wisnicki to travel to Los Angeles, California from April 19 through May 2, 2024.  The purpose of the travel is for Mr. Wisnicki to spend the Passover holiday with his parents.  We are informed that Mr. Wisnicki will reside with his parents for the duration of the trip.

    The government and Pretrial Services consent to this request.

                        Respectfully submitted,

                         /s/ Michael F. Westfal
                        Michael F. Westfal

cc:    AUSA Mathew Andrews (via ECF)
       AUSA Ryan Allison (via ECF)
       AUSA Timothy Capozzi (via ECF)
       Pretrial Services Officer Robert Stehle (via email)
       Kenneth Caruso (via ECF)